MORRIS MELTZER, Respondent, v. MAX ELMER and WILLIAM MENTLIK,

Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.